**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6289**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEMARCUS BAXTER,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:01-cr-00380-CMC-1)

Submitted:  July 24, 2025                                        Decided:  July 29, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demarcus Baxter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demarcus Baxter appeals the district court's order granting in part his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release and reducing his sentence by 24 months. On appeal, Baxter disputes the court's decision not to award an even greater sentence reduction. Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, only a 24-month reduction was warranted. *See United States v. Centeno-Morales*, 90 F.4th 274, 279-80 (4th Cir. 2024) (providing standard of review and outlining steps for evaluating compassionate release motions). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*